## Jesse YARBOROUGH, Plaintiff–Appellant,

### v.

**Lieutenant SAPPINGTON; Correctional Officer Sexton; Dr. Claudius, Defendants–Appellees**

### and

**United States of America; Tyrane L. Morgan; M. Bailey; J. Baskville; Mrs. Hosher; P.A. Fallon, Defendants.**

### No. 13–6530.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 24, 2013.

Decided: Sept. 26, 2013.

Jesse Yarborough, Appellant Pro Se. Michael Bredenberg, FMC Butner Federal MEDICAL CENTER, Butner, North Carolina; Edward D. Gray, Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Following a bench trial on the remaining claims in Jesse Yarborough's civil rights action, which was filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), the district court entered judgment in favor of Defendants. We have reviewed Yarborough's claims on appeal in conjunction with the record, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Yarborough v. Sappington,* No. 5:09–ct–03083–D (E.D.N.C. Mar. 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*